UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUDITH KOERNER,                          :
                                         :CIVIL ACTION NO. 3:17-cv-455
          Plaintiff,                     :
                                         :(JUDGE CONABOY)
     v.                                  :
                                         :
GEICO CASUALTY COMPANY,                  :
                                         :
          Defendant.                     :
                                         :

---

## ORDER

AND NOW, THIS _____ /4ᵗʰ DAY OF JUNE 2017, FOR THE

REASONS SET OUT IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS

HEREBY ORDERED THAT:

1.  Defendant's, GEICO Casualty Company, Motion to Dismiss
    Counts I, II and III (compensatory and consequential
    damages) of the Second Amended Complaint (Doc. 12) is
    GRANTED;

2.  Counts I and II of Plaintiff's Second Amended Complaint
    are DISMISSED;

3.  Count III is dismissed only as to Plaintiff's request for
    compensatory and consequential damages;

4.  Plaintiff is granted leave to file an amended complaint
    consistent with the Court's Memorandum regarding
    Plaintiff's merged breach of contract claim on or before
    June 30, 2017;

5. If Plaintiff does not file an amended complaint, this action goes forward only as to Count III for Statutory Bad Faith as modified by this Order.

RICHARD P. CONABOY
United States District Judge